[No. 29789-2-II. Division Two. November 12, 2003.]

GLEN PARK ASSOCIATES, L.L.C., *Appellant*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-00392-1, Richard D. Hicks, J., entered December 20, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J. Now published at 119 Wn. App. 481.

[No. 21716-7-III. Division Three. November 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW DEAN PATTON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00879-1, Craig J. Matheson, J., entered December 13, 2002. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 19677-1-III. Division Three. November 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT DAVID HARDESTY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-00775-2, James M. Murphy, J., entered June 21, 2000. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.